No. 03–10413.  CHOATE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–10415.  ESTRADA-AGUIAR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–10416.  CARBAJAL-MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–10419.  PHIPPS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–10420.  JEWELL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–10424.  PEARSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.*

No. 03–10425.  ACUNA-NAVARRO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–10427.  SALAS v. UNITED STATES; and TORRES-VASQUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.*

No. 03–10428.  SINCLAIR v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–10429.  ROBINSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–10430.  SCHEIDT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–10432.  ALEGRIA-MORENO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–10434.  JIMINEZ PEREZ v. ANDREWS, ADMINISTRATOR, TAFT CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 03–10444.  DAY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.